# EXHIBIT H

INVOICE: 020785   DATE: 01/15/2016



11

ARCHER DANIELS MIDLAND
P.O. BOX 1470 DECATUR, IL 62525-1820
ADM EXPORT CO.

SOLD TO: 110249   COPC-1101
AGRIBUSINESS UNITED INC
2 E BRYAN ST STE 1150
SAVANNAH GA  31401

SHIP TO: 110249
SAME AS SOLD TO

MAKE CHECK PAYABLE AND REMIT TO:
SEE SPECIAL NOTICE BELOW

DRAFT THRU:

SHIP VIA:

| FRT | B/L | F.O.B. | CUSTOMER ORDER | CAR NUMBER | SHIPPED MO DAY | ADM ORDER NO | TERMS | OFFICE CD | LOC TC |
|---|---|---|---|---|---|---|---|---|---|
| FOB | STR | NOLA | | B*MULTI | 01 15 | 997870 | WIRE TRANSFER CAD | | Q90 90 |

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK SIZE | QUANTITY | WEIGHT | UNIT PRICE | BASIS | USD AMOUNT | PRODUCT CODE | INV | DISC |
|---|---|---|---|---|---|---|---|---|---|---|
| DEMURRAGE | S0000 | BLK CAR | 1 | | 21600.00 | E | 21,600.00 | 099674 00 | 0 | 0 |

*********
REMIT BY WIRE TRANSFER TO:
Citibank
 BA# 0210-00089
 Archer Daniels Midland CO
A/C # 30862621
*********
DEMURRAGE FOR ART 342 AND ART 35122

USD  INVOICE TOTAL *                                    USD    21,600.00

*00083*

**** PLEASE LIST OUR INVOICE NUMBER ON YOUR CHECK STUB ****      A00149